**United States District Court**
For the Northern District of California

***E-FILED 12/8/05***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DON CALHOUN,

    Plaintiff,

v.

NATIONAL MACHINERY, LLC,

    Defendant.
_____/

No. C 05-03287 RS

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The above-entitled case is scheduled for a Case Management Conference on December 14, 2005 at 2:30 p.m. Pursuant to the Order Setting Initial Case Management Conference, a Joint Case Management Conference Statement was to be filed with the Court seven days prior to the Conference. No Case Management Statement has been filed. Therefore, the Court continues the case management conference to **January 11, 2006 at 2:30 p.m.**

All parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than **January 4, 2005.** The parties shall file a Joint Case Management Conference Statement on or before January 4, 2006.

IT IS SO ORDERED.

Dated: December 8, 2005

                                      /s/ Richard Seeborg
                                      RICHARD SEEBORG
                                      United States Magistrate Judge

1 **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

John P. Cardosi, Esq.
Email: jcardosi@diemerwhitman.com

**Counsel for Defendant(s)**

Sharon Hightower, Esq.
Email: shightower@eakdl.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: December 8, 2005

                      /s/ BAK
                      Chambers of Magistrate Judge Richard Seeborg