Sharon L. Hightower [SBN 129874]
ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.
152 North Third Street, Suite 700
San Jose, California 95112
Telephone Number    :    408/286-0880
Facsimile Number    :    408/286-0337

*E-FILED 2/28/06*

Jeffrey Whitt
Daniel Morrison
Admitted Pro Hac Vice
**SACHNOFF & WEAVER, LTD**
10 S. Wacker Drive
Chicago, IL 60606-7507
Telephone Number:    312/207-1000
Facsimile Number:    312/207-6400

Attorneys for Defendant NATIONAL MACHINERY LLC

John Cardosi [SBN 111381]
DIEMER, WHITMAN & CARDOSI, LLP
2 North Second Street, Suite 290
San Jose, California 95113

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON CALHOUN,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL MACHINERY LLC<br><br>    Defendant. | Case No.: C 05-03287 RS<br><br>**STIPULATION AND [PROPOSED] ORDER RE HEARING DATE FOR MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint filed: July 1, 2005 |

Counsel report that they have met and conferred regarding the current hearing date for a motion for summary judgment in the above entitled matter and have reached the following agreement and stipulation pursuant to FRCP 16(c) subject to approval by the Court.

1.    The parties to this matter have worked diligently to secure the necessary depositions of persons most knowledgeable from Defendant National Machinery LLC regarding issues central to a motion for summary judgment on successor liability, including but not limited to the acquisition of assets, products, product lines, trademarks, logos, employees, orders, communications, plans, customer lists, acquired rights, and manufacturing. Documents are also sought on each of the issues.

2.	Due to circumstances beyond their control and having to consider the schedules of a number of persons, such depositions cannot be taken until March 15 and 16, 2006 although originally contemplated in January or February 2006.

3.	After the initial pretrial conference in this matter, the Court issued the Case Management Scheduling Order designating April 26, 2006 as the hearing date for the Defendant's Motion for Summary Judgment with the motion to be filed and served pursuant to Civil Local Rule 7.

4.	That given the unavoidable delay in the taking of the depositions now confirmed for March and the further notice for further documents, the parties agree that the April 25, 2006 date for the hearing of Defendant's Motion for Summary Judgment would be premature.

5.	The parties agree that a delay of the hearing on the Motion for Summary Judgment to May 10, 2006 would allow both sides to fully explore the testimony and documents to be presented at the depositions in March and not prejudice either side or change any other dates set forth in the Scheduling Order.

6.	The parties respectfully request that the Court find that this request and stipulation is in good faith, that the parties have shown due diligence, that the delay in the depositions in Ohio were not reasonably anticipated, and that a prompt request for the modification of the Scheduling Order has been made.

Dated: February 28, 2006

ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.

/s/

Sharon L. Hightower, Esq,
Attorney for Defendant
NATIONAL MACHINERY LLC

Dated: February 28, 2006

DIEMER, WHITMAN & CARDOSI, LLP

/s/

John P. Cardosi
Attorney for Plaintiff
DON CALHOUN

1 [PROPOSED] ORDER

2   Pursuant to the stipulation of the parties and consideration of the statements contained
3 therein, the hearing date for the Defendant's Motion for Summary Judgment shall be continued from
4 April 26, 2006 to **May 10, 2006 at 9:30 a.m.**
5   IT IS SO ORDERED.

6
7 Dated: 2/28/06  _____
                  RICHARD SEEBORG
8                 United States Magistrate Judge