Sharon L. Hightower [SBN 129874]
ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.
152 North Third Street, Suite 700
San Jose, California 95112
Telephone Number    :    408/286-0880
Facsimile Number    :    408/286-0337

Jeffrey Whitt
Daniel Morrison
Admitted Pro Hac Vice SACHNOFF & WEAVER, LTD
10 S. Wacker Drive
Chicago, IL 60606-7507
Telephone Number    :    312/207-1000
Facsimile Number    :    312/207 –6400

Attorneys for Defendant NATIONAL MACHINERY LLC

John Cardosi [SBN 111381]
DIEMER, WHITMAN & CARDOSI, LLP
2 North Second Street, Suite 290
San Jose, California 95113
Telephone Number    :    408/971-6270
Facsimile Number    :    408/971-6271

Attorneys for Plaintiff DON CALHOUN

*E-FILED 4/3/06*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DON CALHOUN, | Case No.: C 05-03287 RS |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEUDLE FOR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| NATIONAL MACHINERY LLC | Complaint filed: July 1, 2005 |
| Defendant. | |

    Counsel report that they have met and conferred regarding the current briefing

schedule for a motion for summary judgment in the above entitled matter and have reached

the following agreement and stipulation pursuant to FRCP 16(c) subject to approval by the Court.

1. Under the current briefing schedule as set forth in Local Rule 7-2, the May 10, 2006 hearing date for a motion for summary judgment on successor liability issues requires National Machinery LLC's motion and supporting papers to be filed by no later than April 5, 2006.

2. An unexpected death affecting the family of one of National Machinery LLC's attorneys will prevent it from being able to file its supporting papers by April 5, 2006.

3. The parties agree that an extension of the date by which National Machinery LLC shall file its supporting brief to Monday April 10, 2006, while maintaining the currently scheduled hearing date and not affecting the due date for the opposition or reply briefs, will not prejudice either side or change any other dates set forth in the Scheduling Order.

4. The parties respectfully request that the Court find that this request and stipulation is in good faith, that the parties have shown due diligence, that the delay in the briefing was not reasonably anticipated, and that a prompt request for the modification of the Scheduling Order has been made.

Dated:                              ERICKSEN ARBUTHNOT KILDUFF DAY &
                                    LINDSTROM, INC.


                                    By: Sharon L Hightower, Esq.
                                    Attorney for Defendants
                                    NATIONAL MACHINERY LLC

Dated:                              DIEMER, WHITMAN & CARDOSI, LLP


                                    By: John P. Cardosi
                                    Attorney for Plaintiff
                                    DON CALHOUN

[~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties and consideration of the statements contained therein, the briefing schedule on Defendant's Motion for Summary Judgment shall be amended to provide that Defendant's motion and supporting papers shall be filed on April 10, 2006. The hearing date shall remain on May 10, 2006 at 9:30 a.m. and all other filings shall comply with the times found in Local Rule 7-2.

IT IS SO ORDERED.

Dated:   4/3/06                                     _____
                                                    RICHARD SEEBORG
                                                    United States Magistrate Judge